1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ERICA D. HAYWOOD,                          No.  2:20-cv-1122 CKD P

12                   Plaintiff,

13         v.                                     ORDER

14    CALIFORNIA DEPARTMENT OF
      INSURANCE, et al.,
15
16                   Defendants.

17          Plaintiff, a San Diego County inmate proceeding pro se, has filed a civil rights action

18    pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis

19    pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be

20    completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not

21    filed a certified copy of her inmate trust account statement for the six month period immediately

22    preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

23    opportunity to submit a completed in forma pauperis application and a certified copy in support of

24    her application.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

27    affidavit in support of her request to proceed in forma pauperis on the form provided by the Clerk

28    of Court;

1

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of her inmate trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  June 5, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
hayw1122.3c+.new

2