UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA D. HAYWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF INSURANCE, et al.,<br><br>    Defendants. | No.  2:20-cv-1122 CKD P<br><br><br>ORDER |

Plaintiff, a San Diego County inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On June 5, 2020, plaintiff was directed to pay the filing fee or submit a completed application to proceed in forma pauperis.  Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of her trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of her jail trust account statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff's failure to

/////
/////
/////
/////

1

comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: June 29, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
hayw1122.3e

2