UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA D. HAYWOOD, | No. 2:20-cv-1122 CKD P |
| Plaintiff, | |
| v. | <u>ORDER AND</u> |
| CALIFORNIA DEPARTMENT OF INSURANCE, et al., | <u>FINDINGS AND RECOMMENDATIONS</u> |
| Defendants. | |

On June 29, 2020, plaintiff was ordered to submit a certified copy of her jail trust account statement for the six-month period immediately preceding the filing of plaintiff's complaint. Plaintiff was warned that failure to do so would result in a recommendation that this action be dismissed without prejudice. The thirty-day period has now expired, and plaintiff has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 11, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hayw1122.fifp