UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA D. HAYWOOD,<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF INSURANCE, et al.,<br><br>            Defendants. | No.  2:20-cv-1122 TLN CKD P<br><br><br><br>ORDER |

    Plaintiff, a San Diego County inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On June 29, 2020, plaintiff was ordered to submit a certified copy of her jail trust account statement in support of her application to proceed in forma pauperis. Because she did not do so, nor pay the filing fee for this action, the court recommended that this action be dismissed.

    In response to the court's recommendation, plaintiff has filed two documents.  In the documents, plaintiff asks that the court obtain the filing fee from persons or entities plaintiff asserts owe her money.  However, it is plaintiff's responsibility to pay the filing fee or file a proper application to proceed in forma pauperis which includes a certified copy of her trust account statement which she must obtain from her jail.

    Good cause appearing, the court will grant plaintiff a 30 additional days within which to obtain, and forward to the court, a certified copy of her inmate trust account statement for the last

six months, or to pay the filing fee.  Plaintiff's failure to do so will result in recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's August 12, 2020 findings and recommendation are vacated.

2. Plaintiff's August 31, 2020 motion for filing fee collection (ECF No. 16) is denied.

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of her inmate trust account statement for the last six months or the $400 filing fee.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  September 21, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hayw1122.ext

2