UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA D. HAYWOOD,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF INSURANCE, et al.,<br><br>   Defendants. | No.  2:20-cv-1122 TLN CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

  On November 3, 2020, plaintiff was ordered to submit a certified copy of her inmate trust account statement for the previous six months or pay the $400 filing fee for this action by January 15, 2020.  Plaintiff was cautioned that failure to do so would result in dismissal.  Plaintiff has not complied with the court's November 3, 2020 order nor adequately explained her failure.

  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time

/////

1

1 | waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir.
2 | 1991).

3 | Dated: January 25, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hayw1122.frs